IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA E. HOWARD, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>  Defendant. ) | CIVIL ACTION NO. 1:07cv992-WC |

**ORDER ON MOTION**

Upon consideration of Plaintiff's unopposed Motion for Extension of Time (Doc. #13), filed 17 March 2008, it is

ORDERED that the Motion (Doc. #13) is GRANTED. Plaintiff has until **on or before 1 May 2008** in which to file her brief.

DONE this 18th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE