IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BARBARA E. HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:07cv992-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of Defendant's unopposed Motion for Extension of Time to File Brief (Doc. #16), it is

ORDERED that the Motion (Doc. #16) is GRANTED. Defendant shall file his brief **on or before 14 July 2008**.

Done this 30th day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE