IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BARBARA E. HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:07cv992-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On 26 June 2008, Defendant filed a Motion to Remand (Doc. #18) pursuant to sentence four of 42 U.S.C. § 405(g). Accordingly, it is

ORDERED that Plaintiff shall file a response to the Motion on or before 7 July 2008.

Done this 30th day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE