IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA E. HOWARD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 1:07CV992-WC |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION**

On 10 July 2008, Defendant filed a Motion to Remand (Doc. #18) this cause pursuant to sentence four of 42 U.S.C. § 405(g). Upon consideration of Defendant's motion to remand, it is the OPINION of this Court that:

1. Defendant's Motion to Remand (Doc. #18) pursuant to sentence four of 42 U.S.C. § 405(g) be GRANTED;

2. Defendant's determination is REVERSED;

3. The case be REMANDED to the Administrative Law Judge to reconsider Plaintiff's mental impairments and further develop the record regarding Plaintiff's past relevant work.

A separate judgment will issue.

Done this 10th day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE