IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA E. HOWARD, ) | |
| ) | |
| Plaintiff, ) | |
| v.     ) | CIVIL ACTION NO. 1:07CV992-WC |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the PLAINTIFF'S Motion for Attorney Fees under the Equal Access to Justice Act (Doc.# 26), it is ORDERED that Defendant shall have until **on or before** September 9, 2008, to show cause why the motion should not be granted.

Done this 2nd day of September, 2008.

                                              /s/ Wallace Capel, Jr.
                                              WALLACE CAPEL, JR.
                                              UNITED STATES MAGISTRATE JUDGE