IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA HOWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07cv992-WC |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

This case is now before the Court on the Plaintiff's *Motion for Attorney Fees* pursuant to the Equal Access to Justice Act (Doc. #26). Judgment in this case was entered in favor of plaintiff upon remand pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. #22). *Defendant's Response to Plaintiff's Motion*, (Doc. #28), agrees to the amount of fees ($3,909.26) requested for Plaintiff's attorneys, and to issuance of the payment to counsel as assignee. Defendant cautions the assignment will not prevent the United States Department of Treasury from applying the EAJA payment to offset any debt owed by Plaintiff in accordance with 31 C.F.R. § 285.5(e)(6)(ii).

Upon review, the Court determines that the Plaintiff's application for an award of attorney fees and costs under EAJA is timely filed, that Plaintiff has met the requisite prevailing party status entitling him to an award of fees, and that the terms of the award agreed upon by the parties are reasonable. The Court further finds that the Defendant has

correctly cited the EAJA text and circuit precedent which limits fee payments to the "prevailing party."

Accordingly, it is the ORDER, JUDGMENT, and DECREE of this Court that the Plaintiff's application for an award of fees under the Equal Access to Justice Act is GRANTED in the total amount of $3,909.26, and said payment should be issued directly to Plaintiff's attorneys.

Done this 5th day of September, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE